IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINTON M. JOHNSON, <br> Reg. No. 11625-002, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. 3:23-cv-380-ECM <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION and ORDER**

On May 31, 2024, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 9) is ADOPTED as modified;

2. The Petitioner's 28 U.S.C § 2255 motion (doc. 1) is DENIED without an evidentiary hearing;

3. This case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 3rd day of July, 2024.

            /s/ Emily C. Marks
           EMILY C. MARKS
           CHIEF UNITED STATES DISTRICT JUDGE